JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No: SA CV 23-00574-DOC-KES  Date: June 30, 2023

Title: Say Wah v. Nationstar Mortgage, LLC. et al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS): ORDER DISMISSING CIVIL CASE**

The Court, having been notified by the plaintiff that this action has been settled [15][22], hereby orders this action DISMISSED without prejudice as to defendant Experian Information Solutions, Inc.

The Court hereby further orders this action DISMISSED with prejudice as to defendant Nationstar Mortgage, LLC d/b/a Mr. Cooper [20], with the parties to bear their own fees and costs.

The Court hereby orders **ALL** proceedings in the case VACATED and taken off calendar. The Court retains jurisdiction for 60 days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                     Initials of Deputy Clerk: kdu